AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants
Kaytlyn Malm and Robert
Hartman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE STEVENS,<br><br>        Plaintiff,<br><br>vs.<br><br>SGT. MALM, et al.,<br><br>        Defendants. | Case No. 3:22-cv-00456-ART-CSD<br><br>**AMENDED<br>STIPULATION TO AMEND<br>COMPLAINT PURSUANT TO FRCP 15(a)(2)** |

    Plaintiff, Theodore Stevens, in pro se, and Defendants, Kaytlyn Malm and Robert Hartman, by and through their counsel, the Office of the Attorney General, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that Plaintiff's Civil Rights Complaint, (ECF No. 7) be amended to include Joseph Mason as a defendant and dismissing Edmond Mason as a defendant. Service of process on Edmond Mason (ECF No. 25) will be quashed and Edmond Mason will have no obligation to respond to the complaint. The Office of the Attorney General will accept service on behalf of Joseph

///
///
///
///

1  Mason. The Parties stipulate that the Court may issue an order memorializing this
2  stipulation.
3  DATED this 5 day of June , 2023        DATED this 8th day of June , 2023

By: /s/ Theodore Stevens
THEODORE STEVENS
*Plaintiff Pro Se*

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

AARON D. FORD
Attorney General

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 8, 2023