UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE STEVENS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SGT. MALM, *et al.*,<br><br>　　　　　　　　　　　Defendants. | 3:22-cv-00456-CSD<br><br>**ORDER**<br><br>RE:  ECF No. 42 |

Before the court is Plaintiff's Motion for Settlement Conference. (ECF No. 42.)  Defendants filed a Notice of Non-Opposition. (ECF No. 43.)

Plaintiff's Motion for Settlement Conference (ECF No. 42) is **GRANTED**.  This matter is referred to the Hon. Robert A. McQuaid, Jr., Recalled Magistrate Judge, for the purposes of conducting a settlement conference. Courtroom Administrator Karen Walker shall contact the parties to schedule the settlement conference.

**IT IS SO ORDERED.**

DATED: July 5, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1