```
 1  AARON D. FORD
       Attorney General
 2  KEITH G. MUNRO, Bar No. 5074
       Deputy Attorney General
 3  State of Nevada
    100 N. Carson Street
 4  Carson City, Nevada 89701-4717
    Tel: (775) 684-1272
 5  E-mail:  kmunro@ag.nv.gov

 6  Attorneys for Defendants, Robert
    Hartman, Kaytlyn Malm, and Joseph Mason
 7
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE STEVENS,<br><br>        Plaintiff,<br><br>vs.<br><br>SGT. MALM, et al.,<br><br>        Defendants. | Case No.  3:22-cv-00456-CSD<br><br>**ORDER GRANTING**<br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Theodore Stevens, and the Nevada Department of Corrections, on behalf of the named Defendants in this action, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Keith G. Munro, Deputy Attorney General, that the Civil Rights Complaint (ECF No. 1-1) in the above-captioned matter be dismissed in its entirety with prejudice. This stipulation for dismissal with prejudice is made and based on the attached settlement agreed to by the parties. Ex. A. Each party shall bear its own attorney's fees and costs.

DATED this 20th day of July, 2023    DATED this 20th day of July, 2023

                                      AARON D. FORD
                                      Attorney General

_____            By: _/s/ Keith G. Munro_____
THEODORE STEVENS, #1008094               KEITH G. MUNRO, Bar No. 5074
Plaintiff                                  Deputy Attorney General

                                      *Attorneys for Defendant*

IT IS SO ORDERED.

DATED: July 24, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

# EXHIBIT A

AARON D. FORD
　Attorney General
KEITH G. MUNRO, Bar No. 5074
　Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1272
E-mail: kmunro@ag.nv.gov

*Attorneys for Defendants, Robert Hartman, Kaytlyn Malm, and Joseph Mason*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE STEVENS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SGT. MALM, et al.,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00456-CSD<br><br>**SETTLEMENT AGREEMENT** |

　　　Plaintiff, Theodore Stevens, and the Nevada Department of Corrections, on behalf of the Defendants named in this action and all of its present and former employees and officers, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Keith G. Munro, Deputy Attorney General, agreed to a settle in this matter.

　　　The full and final terms of the settlement are as follows: The Nevada Department of Corrections agrees to pay Plaintiff, Theodore Stevens $1,600 in return for Theodore Stevens dismissing this action in its entirety and with prejudice. This settlement of $1,600 is inclusive of all costs and attorney fees that Plaintiff Theodore Stevens may have accrued to this date.

///

///

///

Page 1 of 2

1  This settlement shall not be construed as an admission that the Nevada Department of Corrections or any present or former officer of the State of Nevada is liable in this action, or that Plaintiff Theodore Stevens has suffered any damage.

DATED  7.20.23 , 2023

THEODORE STEVENS, #1008094
Plaintiff

DATED this 20 day of July, 2023.

AARON D. FORD
Attorney General

By: /s/ Keith G. Munro
KEITH G. MUNRO, Bar No. 5074
Deputy Attorney General